

# NUMBER 13-24-00067-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

### IN THE MATTER OF THE MARRIAGE OF
### VENKATA K. TUMATI AND LAKSHMI S. TUMATI

---

### ON APPEAL FROM THE 201ST DISTRICT COURT
### OF TRAVIS COUNTY, TEXAS

---

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Silva
### Memorandum Opinion by Justice Benavides

This cause is before the Court on appellant's motion to withdraw the appeal.[1] On June 20, 2024, appellant filed his motion, asserting that he "no longer wishes to pursue his appeal," and requested that we dismiss the appeal. In accordance with an appellant's motion, we "may dismiss the appeal . . . unless such disposition would prevent a party

---

[1] This appeal was transferred to this Court from the Third Court of Appeals in Austin by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001 (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer).

from seeking relief to which it would otherwise be entitled." TEX. R. APP. P. 42.1(a)(1). Dismissing this appeal would not prevent appellee from seeking relief to which she might otherwise be entitled. *See id.* Accordingly, we grant appellant's motion, and we dismiss this appeal. Costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal pursuant to appellant's motion, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
5th day of July, 2024.